UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JESSICA MORGAN,

                      Plaintiff,

-against-

MIDDLE COUNTRY CENTRAL SCHOOL DISTRICT,
JAMES DONOVAN, SCOTT GRAVIANO, and KEVIN
RICHMAN, in their individual and official capacities,

                      Defendants.
-----------------------------------------------------------X

STIPULATION

17-cv-6165 (JFB) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 04 2019 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys, that Plaintiff hereby withdraws and discontinues all claims and allegations against MIDDLE COUNTRY CENTRAL SCHOOL DISTRICT, JAMES DONOVAN, SCOTT GRAVIANO, and KEVIN RICHMAN, with prejudice and without costs or fees to any party against another.

Dated: Carle Place, New York
         January 25, 2019

THE ROTH LAW FIRM, PLLC

By: _____
Stanislav Sharovskiy, Esq.
Attorneys for Plaintiff
295 Madison Avenue, Floor 22
New York, New York 10017

SOKOLOFF STERN LLP

By: _____
Leo Dorfman, Esq.
Attorneys for Defendants Middle Country
Central School District and James Donovan
179 Westbury Avenue
Carle Place, New York 11514

DEVITT SPELLMAN BARRET, LLP

By: _____
David H. Arntsen, Esq.
Attorneys for Kevin Richman
50 Route 111, Suite 314
Smithtown, New York 11787

CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP

By: _____
Rondiene E. Novitz, Esq.
Attorneys for Defendant Scott Graviano
341 Conklin Street, Second Floor
Farmingdale, New York 11747

The Clerk of the Court shall close the case.

SO ORDERED
S/ JOSEPH F BIANCO
Joseph F. Bianco
USDJ
Date: Feb 4, 2019
Central Islip, N.Y.